# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2022 ND 173

Levi Keith Mayo,                                         Plaintiff and Appellant

v.

Chandi Melissa Buchholz,                                 Defendant and Appellee

and

State of North Dakota,                          Statutory Real Party in Interest

### No. 20220175

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Stephanie R. Hayden, Judge.

AFFIRMED.

Per Curiam.

Levi K. Mayo, self-represented, West Fargo, ND, plaintiff and appellant; submitted on brief.

**Mayo v. Buchholz**
No. 20220175

**Per Curiam.**

[¶1]   Levi Mayo appeals from the district court's order and amended judgment modifying his parenting time.

[¶2]   In his brief, Mayo failed to adequately make any legitimate legal arguments or provide any evidentiary record support to allow this Court to conduct its review.   Under N.D.R.App.P. 28(b), an appellant's brief must contain a statement of the issues presented for review; a statement of facts and, when those facts are disputed, references to the evidentiary record supporting the appellant's statement of the facts; and the legal argument, including the authorities on which the appellant relies.   Mayo's brief does not contain a statement of the issues presented for review, a statement of facts, or any relevant legal authority.   Mayo fails to reference any evidentiary record support for his assertions.   Mayo also failed to order a transcript, therefore, this Court has nothing to review other than hearing exhibits and the district court's findings and order, which contained no apparent reversible errors.

[¶3]   Mayo's brief does not meet the minimum requirements, therefore, we summarily affirm the district court's order and amended judgment under N.D.R.App.P. 35.1(a)(8).

[¶4]   Jon J. Jensen, C.J.
        Gerald W. VandeWalle
        Daniel J. Crothers
        Lisa Fair McEvers
        Jerod E. Tufte

1